■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY DRAPER, Also Known as GARY E. DRAPER, Appellant. [954 NYS2d 511]—Appeal from a judgment of the Genesee County

Court (Robert C. Noonan, J.), rendered December 15, 2010. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.